UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECICUT

| | |
|---|---|
| KENNETH TATE, | Civil Action No.: 3:18-cv-00734 |
| Plaintiff, | |
| v. | |
| The United States of America, | |
| Defendant. | APRIL 30, 2018 |

## COMPLAINT

### PARTIES, JURISDICTION AND VENUE

1. The Plaintiff, Kenneth Tate, is and was at all relevant times a United States citizen and a resident of the town of East Haven, Connecticut.

2. The Defendant is the United States of America, acting through the Federal Aviation Administration and its agent, servant or employee, John Gomes.

3. Jurisdiction in this Court is proper in this Court pursuant to 28 U.S.C. § 1346 (b) of the Federal Tort Claims Act.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1402 (b) of the Federal Tort Claims Act in that the Plaintiff resides in Connecticut and the acts or omissions complained of herein occurred in Connecticut.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\27500-27999\27913 KENNETH TATE\001 MVA VS. JOHN GOMES- LMR\PLEADINGS\2018\COMPLAINT V. USA 4-30-18.DOCX

5. Pursuant to 28 U.S.C. § 2401, this claim was originally presented in writing to the Federal Aviation Administration within two years of the acts or omissions complained of.

6. On March 26, 2018, Plaintiff's counsel received, via certified mail, return receipt requested, a written notice of final denial of the claim he had submitted to the Federal Aviation Administration.

### FIRST CAUSE OF ACTION: ON BEHALF OF KENNETH TATE
### AS TO THE UNITED STATES OF AMERICA FOR PERSONAL INJURY AND PROPERTY DAMAGE PURSUANT TO 28 U.S.C. § 1346 (b) ARISING OUT OF NEGLIGENT ACTS OF JOHN GOMES

7. At all relevant times, Main Street was a public street and/or roadway traveling in a general east-west direction in East Haven, Connecticut.

8. At all relevant times, there existed a private driveway located at or about 526 Main Street, East Haven, Connecticut.

9. On or about October 21, 2015, at approximately 12:28 PM, Kenneth Tate was operating a motorized scooter eastbound on Main Street and was approaching the aforementioned private driveway at 526 Main Street, East Haven, Connecticut.

10. At all relevant times, John Gomes, an agent, servant, or employee of the United States of America, who was acting in furtherance of his official duties and within the scope of his employment, was operating a government-owned motor vehicle

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\27500-27999\27913 KENNETH TATE\001 MVA VS. JOHN GOMES- LMR\PLEADINGS\2018\COMPLAINT V. USA 4-30-18.DOCX

eastbound on Main Street and was approaching the vicinity of the aforementioned private driveway at 526 Main Street, East Haven, Connecticut.

11. Then and there, suddenly and without warning, John Gomes executed a right hand turn into the private driveway located at 526 Main Street, East Haven, Connecticut, bringing his vehicle directly into the path of Kenneth Tate's motorized scooter and causing a violent and forceful collision between the vehicle and the motorized scooter.

12. The aforementioned collision was a direct and proximate result of negligence and carelessness of John Gomes, who at the time was acting in furtherance of his official duties and within the scope of his employment with the United States of America, in one or more of the following ways, in that he:

   a. Failed to grant the right of way to the motorized scooter being operated by Kenneth Tate in violation of Connecticut General Statutes § 14-247;

   b. Failed to operate his motor vehicle as nearly as practicable entirely within a single lane of travel in violation of Connecticut General Statutes § 14-236;

   c. In that he failed to keep his vehicle under proper and reasonable control;

   d. In that he failed to maintain a proper look out for other vehicles or conditions on the highway or to pay attention to where he was heading;

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\27500-27999\27913 KENNETH TATE\001 MVA VS. JOHN GOMES- LMR\PLEADINGS\2018\COMPLAINT V. USA 4-30-18.DOCX

e. In that he failed to apply his brakes in time or in a sufficient fashion so as to avoid the collision;

f. In that he failed to sound his horn or to make any attempt whatsoever to give the plaintiff a timely warning of the impending collision;

g. In that he failed to turn his vehicle in order to avoid the collision;

h. In that he failed to otherwise use proper precautions or measures to avoid the collision; and/or

i. In that he failed to remain awake and alert during his operation of said vehicle.

13. As a direct and proximate result of the aforementioned negligence and carelessness of John Gomes, who at the time was acting in furtherance of his official duties and within the scope of his employment with the United States of America, Kenneth Tate suffered serious and painful personal injuries, some or all of which may be permanent in nature, including, but not limited to, the following:

a. Injury to the right wrist requiring surgical intervention;

b. Permanent scarring;

c. Right hand injury;

d. Fear of future surgery;

e. Injury to the right elbow; and

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\27500-27999\27913 KENNETH TATE\001 MVA VS. JOHN GOMES- LMR\PLEADINGS\2018\COMPLAINT V. USA 4-30-18.DOCX

   f. Associated pain and suffering.

  14. As a direct and proximate result of the aforementioned negligence and carelessness of John Gomes, who at the time was acting in furtherance of his official duties and within the scope of his employment with the United States of America, Kenneth Tate has suffered and will continue to suffer in the future from mental anguish, frustration and anxiety over the fact that he was and remains injured.

  15. As a direct and proximate result of the aforementioned negligence and carelessness of John Gomes, who at the time was acting in furtherance of his official duties and within the scope of his employment with the United States of America, Kenneth Tate has incurred and will continue to incur in the future expenses for medical care and treatment, including medication, x-rays, diagnostic testing, treatment and therapy, all of which has caused him and will continue to cause him financial loss and damage.

  16. As a direct and proximate result of the aforementioned negligence and carelessness of John Gomes, who at the time was acting in furtherance of his official duties and within the scope of his employment with the United States of America, Kenneth Tate was unable to perform the duties of his occupation, which has caused him financial loss and damage.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\27500-27999\27913 KENNETH TATE\001 MVA VS. JOHN GOMES- LMR\PLEADINGS\2018\COMPLAINT V. USA 4-30-18.DOCX

17. As a direct and proximate result of the aforementioned negligence and carelessness of John Gomes, who at the time was acting in furtherance of his official duties and within the scope of his employment with the United States of America, Kenneth Tate has suffered and will continue to suffer in the future from a decrease in his capacity to engage in and enjoy life's activities as he was able to do prior to the aforementioned collision and resulting injuries.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that the Court grant the Plaintiff the following relief:

1. Damages to the full extent allowable under the Federal Tort Claims Act 28 U.S.C. § 1346, et seq., and

2. Such other relief as the Court deems equitable and just.

DATED APRIL 30, 2018

RESPECTFULLY SUBMITTED

BY /s/ Daniel P. Scholfield
DANIEL P. SCHOLFIELD, ESQ.
LYNCH, TRAUB, KEEFE & ERRANTE
52 Trumbull Street
New Haven, CT 06510
**Attorney for Plaintiff**

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\27500-27999\27913 KENNETH TATE\001 MVA VS. JOHN GOMES- LMR\PLEADINGS\2018\COMPLAINT V. USA 4-30-18.DOCX